SCWC-11-0000401

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

PETER HALLORAN, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000401; S.P.P. NO. 10-1-0071;
CR. NOS. 96-1-1310, 95-0-1742)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
Circuit Judge Nacino, in place of Pollack, J., recused, and
Circuit Judge Browning, assigned by reason of vacancy)

Petitioner/Petitioner-Appellant Peter Halloran's
application for writ of certiorari filed on April 4, 2014, is
hereby rejected.

DATED: Honolulu, Hawai'i May 13, 2014.

Peter Halloran
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ R. Mark Browning

/s/ Edwin C. Nacino

